UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT L. CROOKS,

       Plaintiff,

                                        Case No. 12-cv-13365

v.

                                        Paul D. Borman
                                        United States District Judge

COMMISSIONER OF
SOCIAL SECURITY,                           Michael Hluchaniuk
                                        United States Magistrate Judge

       Defendant.
_____/

**ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION (Dkt. No. 22);
(2) GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
(Dkt. No. 13);
(3) DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
(Dkt. No. 19); and
(4) REVERSING THE FINDINGS OF THE COMMISSIONER AND REMANDING
<u>PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)</u>**

      Before the Court is Magistrate Judge Michael Hluchaniuk's Report and Recommendation on Cross-Motions for Summary Judgment. (Dkt. No. 22.) The parties were served with the report and recommendation on July 8, 2013.

      Having reviewed the report and recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **GRANTS IN PART** Plaintiff's Motion for Summary Judgment, **DENIES IN PART** Defendant's Motion for Summary Judgment,

**REVERSES** the findings of the Commissioner and **REMANDS** this case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

                                                s/Paul D. Borman  
                                                PAUL D. BORMAN  
                                                UNITED STATES DISTRICT JUDGE

Dated:  August 22, 2013

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 22, 2013.

                                                s/Deborah Tofil  
                                                Case Manager