UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT L. CROOKS,

          Plaintiff,

Case No. 12-13365

Paul D. Borman
United States District Judge

v.

Michael Hluchaniuk
United States Magistrate Judge

COMMISSIONER OF
SOCIAL SECURITY,

          Defendant.
_____/

ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION (DKT. NO. 33) AND (2) AWARDING PLAINTIFF $7,621.13
IN COSTS AND FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

     Before the Court is Magistrate Judge Michael Hluchaniuk's June 4, 2014 Report and Recommendation regarding Plaintiff's Application for Attorneys' Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). (Report and Recommendation, Dkt. No. 33). As set forth in the Report and Recommendation, the Magistrate Judge recommends that this Court grant in part Plaintiff's Application for Attorneys' Fees, reducing the amount claimed to $7,621.13. (*Id.*, at 20).

     Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the

Court ADOPTS the Report and Recommendation (Dkt. No. 33); and AWARDS Plaintiff attorney fees in the amount of $7,621.13 pursuant to the EAJA.

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 10, 2014

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 10, 2014.

s/Deborah Tofil
Case Manager